**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GEOFFREY EASON | CIVIL ACTION NO. 12-2599-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. #1] is hereby **DENIED and DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** this 31st day of May, 2013, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE